PIEDMONT TELEVISION CORPORATION t/a WNBE TV
v. BOOMTOWN FURNITURE, INC.

No. 713DC393

(Filed 14 July 1971)

APPEAL by defendant from *Roberts, District Judge,* 18 January 1971 Session of District Court held in CRAVEN County.

This is a civil action to recover $1,245.50 on an open account for advertising. The case was tried before the judge without a jury. The only witness at the trial, Nathan Frank, president of plaintiff corporation and general manager of WNBE TV, identified an itemized statement of the account of the defendant which was introduced into evidence. The witness was not cross-examined, nor did the defendant offer any evidence. The court made findings of fact, conclusions of law, and entered judgment that the plaintiff recover of the defendant $1,245.50 together with interest and costs. The defendant appealed.

*Ward & Ward by Sam L. Whitehurst, Jr., for plaintiff appellee.*

*Zennie L. Riggs for defendant appellant.*

HEDRICK, Judge.

We have carefully considered the defendant's eight assignments of error and find them all to be without merit.

We have thoroughly reviewed the entire record of the trial in the District Court and conclude that the court's findings of fact are supported by competent evidence in the record, and these findings support the conclusions of law and the judgment entered. In the trial below we find no error.

No error.

Chief Judge MALLARD and Judge CAMPBELL concur.